NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GARRET O'BOYLE,**
*Petitioner*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2025-1404

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-23-0132-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Department of Justice's unopposed motion to extend the time, until October 24, 2025, to file its response brief,

IT IS ORDERED THAT:

      The motion is granted. No further extensions of time for the response brief should be anticipated.

FOR THE COURT

August 6, 2025
Date

Jarrett B. Perlow
Clerk of Court